# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS WOOD, | Case No. 2:16-cv-00806-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| GEICO CASUALTY COMPANY, | (Docket No. 18) |
| Defendant(s). | |

Pending before the Court is a motion to compel brought on an emergency basis. Docket No. 18. Any response shall be filed no later than October 11, 2016, and any reply shall be filed no later than October 13, 2016.[1]

IT IS SO ORDERED.

DATED: October 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The motion refers repeatedly to "Magistrate Leen." *See, e.g.*, Docket No. 18 at 5. Judge Leen is not a "magistrate" and, indeed, there have been no "magistrates" in the federal system for more than a quarter century. *See, e.g.*, *Taddeo v. American Invsco Corp.*, 2015 WL 751072, *2 n.2 (D. Nev. Feb. 20, 2015) (discussing *Williams v. City of Mesa*, 2010 WL 2803880, *2 n.1 (D. Ariz. July 15, 2010)). Any future briefing referring to a United States Magistrate Judge shall refer to that person as either "Judge" or "Magistrate Judge."